

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE BUSINESS COURT DIVISION 11B OF HARRIS COUNTY, GREETINGS:

On November 18, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

NGL Water Solutions Permian, LLC v. Lime Rock Resources V-A L.P., d/b/a Lime Rock Resources L.P., LRR Pecos Valley, LLC

Court of Appeals No. 15-25-00098-CV
Trial Court No. 25-BC11B-0005

The Court of Appeals entered the following judgment or order:

Today the Court heard Appellant's Unopposed Request for Voluntary Dismissal or, Alternatively, Notice of Nonsuit. Having considered the motion, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by the party bearing the same.

We further order that mandate be issued immediately.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this November 18, 2025.

CHRISTOPHER A. PRINE, CLERK